# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY CRAIG ROSALES,

    Petitioner,

vs.

Q. BYRNE, et al.,

    Respondents.

Case No. 3:16-cv-00003-RCJ-WGC

**ORDER**

Respondents have filed a motion for leave to supplement respondent's motion to dismiss with new authority (ECF No. 31). In petitioner's response (ECF No. 33), he notes that he does not oppose respondents' motion, but he wants the opportunity to respond to the legal arguments in the notice of supplemental authorities (ECF No. 32). The court will grant respondents' motion and allow further briefing.

IT IS THEREFORE ORDERED that respondents' motion for leave to supplement respondent's motion to dismiss with new authority (ECF No. 31) is **GRANTED**. Petitioner shall have fourteen (14) days from the date of entry of this order to file and serve a response to the notice of supplemental authorities (ECF No. 32). Respondents shall have seven (7) days from the date of filing and service of petitioner's response to file a reply.

DATED: This 20th day of November, 2017.

                                                                ROBERT C. JONES
                                                                 United States District Judge