UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al,<br><br>    Respondents. | Case No.  3:16-cv-00003-RCJ-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE (ECF NO. 56)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 60 days from the current due date of February 1, 2021, up to and including April 1, 2021 in which to file their Response to Petitioner Gary Rosales' §2254 Petition (ECF No. 54). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file this response, and the request is brought in good faith and not for the purpose of delay.

**IT IS SO ORDERED** this 3rd day of February, 2021.

_____
ROBERT C. JONES, District Judge

Page **1**