# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　Respondents. | Case No. 3:16-cv-00003-RCJ-WGC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 58), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 58) is **GRANTED**. Respondents will have up to and including June 1, 2021, to file a response to the second amended petition (ECF No. 54).

DATED: April 6, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1