# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No. 3:16-cv-00003-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 61), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 61) is **GRANTED**. Petitioner will have up to and including June 29, 2021, to file a response to the motion to dismiss (ECF No. 60).

DATED:  June 17, 2021.

_____
ROBERT C. JONES
United States District Judge

1