UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES,<br><br>           Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, et al.,<br><br>           Respondents. | Case No. 3:16-cv-00003-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 67), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 67) is **GRANTED**. Respondents will have up to and including August 20, 2021, to file a response to the motion for leave to conduct discovery (ECF No. 64).

DATED: July 14, 2021.

                                                                              ROBERT C. JONES<br>
                                                                              United States District Judge