# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No. 3:16-cv-00003-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 66), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 66) is **GRANTED**. Respondents will have up to and including August 20, 2021, to file a reply in support of the motion to dismiss.

DATED: July 26, 2021.

_____
ROBERT C. JONES
United States District Judge

1