**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No. 3:16-cv-00003-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 77), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' unopposed motion for enlargement of time (first request) (ECF No. 77) is GRANTED. Respondents will have up to and including July 1, 2022, to file and serve their answer.

Dated: May 11, 2022.

ROBERT C. JONES
UNITED STATES DISTRICT COURT