# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No. 3:16-cv-00003-RCJ-CSD |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 80), and good cause appearing;

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 80) is GRANTED. Petitioner will have up to and including September 27, 2022, to file and serve his reply on the merits.

Dated: AUGUST 1, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT