UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No.: 3:16-cv-00003-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| RONALD OLIVER, *et al.*, | |
| Respondents. | |

On May 23, 2025, the Court issued a Remand Order granting Petitioner Gary Craig Rosales's Second-Amended Petition, vacating Rosales's Amended Judgment of Conviction, and ordering the state court to commence a retrial within 120 days. (ECF No. 98.) The Court indicated that "[r]easonable requests for modification of th[e] time may be considered." (*Id.* at n.2.) Respondents have twice moved to extend the deadline, and the Court granted the requests. (ECF Nos. 100, 101, 102, 103.) Respondents have now filed a third unopposed motion to extend the deadline by 45 days, explaining that the parties need additional time to complete the change of plea and sentencing process. (ECF No. 104 ("Motion").) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 104) is granted. The deadline established in the Court's Remand Order is extended to March 30, 2026.

DATED THIS 4th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE