UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GARY CRAIG ROSALES,

Petitioner,

v.

RONALD OLIVER, *et al.*,

Respondents.

Case No. 3:16-cv-00003-MMD-CSD

ORDER

On May 23, 2025, the Court issued a Remand Order, granting Petitioner Gary Craig Rosales's Second-Amended Petition, vacating Rosales's Amended Judgment of Conviction, and ordering the state court to commence a retrial within 120 days. (ECF No. 98.) The Court indicated that "[r]easonable requests for modification of th[e] time may be considered." (*Id*. at n.2.) Respondents have moved to extend the deadline on four prior occasions, and the Court granted the requests. (ECF Nos. 100, 101, 102, 103, 104, 105, 106, 107.) Respondents have now filed a fifth unopposed motion to extend the deadline by 91 days, explaining that the assigned state district court judge unexpectedly recused himself from this matter and rescheduled Rosales's change of plea and sentencing hearing to a tentative date of June 15, 2026. (ECF No. 108 ("Motion").) The Court finds good cause exists to grant the Motion.

///

///

///

///

///

It is therefore ordered that the Motion (ECF No. 108) is granted. The deadline established in the Court's Remand Order is extended to August 31, 2026.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE