UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY CRAIG ROSALES, | Case No. 3:16-cv-00003-MMD-CSD |
| Petitioner, | SATISFACTION OF JUDGMENT |
| v. | |
| RONALD OLIVER, | |
| Respondent. | |

On May 23, 2025, the Court issued a Remand Order granting Petitioner Gary Craig Rosales's Second-Amended Petition, vacating Rosales's Amended Judgment of Conviction, and ordering the state court to commence a retrial within 120 days. (ECF No. 98.) On June 23, 2026, Respondent filed a notice regarding satisfaction of judgment, explaining that a new state judgment of conviction was entered on June 18, 2026, following Rosales's guilty plea to an amended indictment. (ECF No. 110.) The Court finds good cause exists to order the judgment in this matter satisfied.

It is therefore ordered that the Court's judgment in this matter is satisfied. This case remains closed.

DATED THIS 25th Day of June 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE